SEALED
FILED
MAY 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  CHRISTOPHER S. HALES
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12 - CR  0192 GEB

| UNITED STATES OF AMERICA, | ) | CASE NO. |
|---|---|---|
| Plaintiff, | ) | **ORDER TO SEAL** |
| v. | ) | (UNDER SEAL) |
| JED BARON, | ) | |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Petition of Special Assistant U.S. Attorney Christopher S. Hales to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED:  May 17, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge