DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JED BARON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 12-192-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE** |
| | ) | |
| JED BARON, | ) | DATE: September 7, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, JED BARON, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, August 3, 2012, be continued to Friday, September 7, 2012, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   The parties stipulate that the ends of justice served by the

granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 30, 2012        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /S/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JED BARON

DATED: July 30, 2012        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        PAUL HEMESATH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant Jed Baron in a speedy trial.

2

1  The Court orders that the time from the date of the parties
2  stipulation, July 30, 2012, up to and including September 7, 2012,
3  shall be excluded from computation of time within which the trial of
4  this case must be commenced under the Speedy Trial Act, pursuant to 18
5  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
6  It is further ordered that the August 3, 2012, status conference shall
7  be continued until September 7, 2012, at 9:00 a.m..
8  Dated:  July 30, 2012

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge