1
2
3
4
5
6

**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**Jed Baron**

7
8
9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| UNITED STATES OF AMERICA, | ) Case No.  2:12-CR-00192 -GEB |
|---|---|
| Plaintiff, | ) STIPULATION  TO CONTINUE SENTENCING  AND [PROPOSED] ORDER |
| vs. | ) |
| JED BARON, | ) |
| Defendant | ) |

16  It is hereby stipulated and agreed between Plaintiff, United States of America by and

17 through Assistant United States Attorney Paul A. Hemesath, Esq. and Donald H. Heller, Esq.,

18 attorney for the defendant Jed Baron that:

19  1. Defendant Jed Baron was scheduled for imposition of judgment and sentencing

20 March 15, 2013.

21  2. Because of Attorney Donald H. Heller's illness, defendant's probation interview

22 with U.S. Probation Officer Lynda Moore had to be re-scheduled to Thursday February 21, 2013,

23 at the U.S. Marshal's custody facility at the U.S. Courthouse.  The interview was conducted on

24 February 21, 2013, and because of the delay it is necessary to continue the judgment and

25 sentence to April 26, 2013.

26  3. Based on the continuance of Judgment and Sentence the Disclosure schedule is

27 hereby changed as follows:

28

Reply or Statement of No Opposition ………………… 4/19/2013
       (1 week before sentencing)

Motion for Correction of the Pre-Sentence Report
Shall be Filed with the Court and Served on the
Probation Officer and Opposing Counsel no
Later Than.…………………………………………… . 4/12/2013
       (2 weeks before sentencing)

The Pre-Sentence Report Shall be Filed with the
Court and Disclosed to Counsel no Later Than. ………. 4/05/2013
       (3 weeks before sentencing)

Counsel's Written Objections to the Pre-Sentence
Report Shall be Delivered to the Probation Officer
and Opposing Counsel no Later Than…………………. 3/29/2013
       (4 weeks before sentencing)

The Proposed Pre-Sentence Report Shall be Disclosed
to Counsel no Later Than……………………………….. 3/15/2013
       (6  weeks before sentencing)

IT IS SO STIPULATED.

DATED:   February 26, 2013          */s/ Paul A. Hemesath*
                                         PAUL A. HEMESATH
                                         Assistant United States Attorney


DATED:   February 26, 2013          */s/ Donald H. Heller*
                                         DONALD H. HELLER
                                         Counsel for Defendant

**ORDER**

GOOD CAUSE APPEARING, the sentencing date of March 15, 2013 is vacated and judgment and sentencing is hereby reset to April 26, 2013 and the Disclosure Schedule stipulated above is hereby adopted.

**Date:  2/28/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge