# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:** Jed Baron  **Docket Number:** 2:12CR00192-01

**Name of Judicial Officer:** United States District Judge Garland E. Burrell, Jr.

**Date of Original Sentence:** 5/10/2013

**Original Offense:** 18 U.S.C. § 1343 - Wire Fraud (Class C Felony)

**Original Sentence:** 63 months custody of the Bureau of Prisons; 36 month term of Supervised Release; Mandatory drug testing; No firearms; DNA collection; $100 Special Assessment; $2,963,200 Restitution.

**Special Conditions:**

1. Warrantless search
2. Not dissipate assets
3. Financial disclosure
4. No new credit
5. Correctional treatment program
6. Drug/alcohol testing
7. Aftercare copayment

**Type of Supervision:** TSR

**Date Supervision Commenced:** 8/3/2017

**Other Court Actions:**
None.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

8. The defendant shall apply monies received from income tax refunds, lottery winnings, inheritance, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; or in a lesser amount to be determined by the Court upon recommendation of the probation officer.

**Justification:** The offender commenced supervised release on August 3, 2017, in the District of Nevada.

The assigned probation officer is concerned with the offender's level of financial disclosure. The offender was told he must report his true earnings, and he subsequently submitted a letter dated August 8, 2017, stating he was paid $10 per hour. The probation officer questioned the offender on the unreasonableness of the compensation for his line of work, to which the offender submitted another letter, dated August 9, 2017, stating he was paid $3,000 per month.

After review of his finances and cash flow, the assigned probation officer determined the offender is financially capable of making payments of at least $1,000 per month toward his restitution. The District of Nevada is in the process of preparing a new payment schedule for the Financial Litigation Unit outlining the updated financial payment plan.

On November 8, 2017, the offender signed a Waiver of Hearing (Prob49), agreeing to add Special Condition 8, applying all monies received to the court-ordered financial obligation. As such, it is requested the Court modify the previously imposed conditions of supervision to add the aforementioned special condition.

Respectfully submitted,
/s/ Garey R. White for

**George A. Vidales**
**Supervising United States Probation Officer**
Telephone: (916) 930-4305

**DATED:** 12/21/2017

Reviewed by,
/s/ Sara E. Gnewikow for

**Jack C. Roberson**
**Deputy Chief United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

Dated:  December 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:

United States Probation

Assistant United States Attorney: Paul Hemesath

Defense Counsel: Donald H. Heller